FILED

07/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0165

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA21-0165

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

IOLA MAERRIEA JOHNSTON,

  Defendant and Appellant.

# GRANT

  Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 31, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 6 2021